IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK WAYNE BARRETT, SR.,

    Plaintiff,

v.

SENECA FOODS,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-211-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Seneca Foods dismissing this case.

/s/      10/29/2018

Peter Oppeneer, Clerk of Court      Date